



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 8, 1939

Honorable T. M. Trimble
First Assistant State Superintendent
Austin, Texas

Dear Sir:

Opinion No. 0-709
Re: Whether it is a violation of the Nepotism
Law for the Board of Trustees appointed by
the City Commission to elect a daughter of
one of the Commissioners to a position as
a teacher in the city school system.

We are in receipt of your letter of April 25, 1939, where-
in you request our opinion in response to this question:

"Is it a violation of the Nepotism Law for the
Board of Trustees, that has been appointed by a City
Commission, to elect one of the Commissioners' daugh-
ters to a position in the City School System?"

The Nepotism statute is Article 432, Penal Code, and reads
as follows:

"No officer of this State or any officer of any
district, county, city, precinct, school district, or
other municipal subdivision of this State, or any
officer or member of any State, district, county, city,
school district or other municipal board, or judge of
any court, created by or under authority of any general
or special law of this State, or any member of the
Legislature, shall appoint, or vote for, or confirm
the appointment to any office, position, clerkship,
employment or duty, of any person related within the
second degree by affinity or within the third degree
by consanguinity to the person so appointing or so
voting, or to any other member of any such board,
the Legislature, or court of which such person so
appointing or voting may be a member, when the sal-
ary, fees, or compensation of such appointee is to
be paid for, directly or indirectly, out of or from
public funds or fees of office of any kind or char-
acter whatsoever. Acts 1909, p. 85, Acts 1915, p.
149."

A careful reading of the above statute discloses that the same affects only a situation where the person appointed is related within the prohibited degree to the person appointing him or to some other member of the appointing board. In the instance which you inquire about, the City Commission does not appoint the teacher. The Board of Trustees performs that function. So far as your letter discloses, there is no kinship between the teacher and any member of the Board of Trustees. Article 434, P.C., condemns the evasion of Article 432 by the trading of appointments but your letter does not show that such has been done in this instance. The statutes do not condemn the appointment which you mention under the facts submitted and your question is therefore answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Glenn R. Lewis_

Glenn R. Lewis
Assistant

GRL:FL

APPROVED:

Gerald C. Mann (signed)

ATTORNEY GENERAL OF TEXAS